**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Joseph T. Toy,

           Plaintiff,

vs.

St. Rose Hospital; *et al*,

           Defendants.

Case No.: 2:14-cv-1722-GMN-PAL

**ORDER**

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Peggy A. Leen, (ECF No. 2), which states that Plaintiff Joseph Toy's Complaint, (ECF No. 3), should be dismissed.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).

No objections to Judge Leen's R&R were filed, and the deadline to object has now expired.  Accordingly, the Court finds good cause to accept and adopt the findings of Judge Leen.

/ / /

/ / /

/ / /

/ / /

1  **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 2), is **ADOPTED in its entirety.**

**IT IS FURTHER ORDERED** that Plaintiff's Complaint, (ECF No. 3), is **DISMISSED**. The Clerk shall enter judgment accordingly and close the case.

**DATED** this 6th day of April, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court